Randy KOPP, Individually and on
behalf of all Others Similarly
Situated, Plaintiff–Appellant

v.

Scott W. KLEIN; Donald B. Reed; Ste-
phen L. Robertson; Thomas S. Rog-
ers; Paul E. Weaver; John J. Mueller;
Jerry V. Elliot; Samuel D. Jones;
Katherine J. Harless; The Employee
Benefits Committee; Georgia Scaife;
John Does 1–20; William Gist; Steven
Gaberich; Clifford Wilson; Billy
Mundy; Andrew Coticchio; The Hu-
man Resources Committee; Frank P.
Gatto, Defendants–Appellees.

No. 12–10416.

United States Court of Appeals,
Fifth Circuit.

Aug. 7, 2014.

Thomas James McKenna, Esq., Gainey
McKenna & Egleston, New York, N.Y.,
Roger F. Claxton, Law Office of Roger F.
Claxton, Dallas, TX, for Plaintiff–Appel-
lant.

Jay P. Lefkowitz, David Scott Flugman,
Esq., Attorney, Andrew George Horne,
Eric Foster Leon, Esq., Kirkland & Ellis,
L.L.P., New York, N.Y., James Philip Gil-
lespie, Esq., Attorney, Christopher Lan-
dau, Kirkland & Ellis, L.L.P., Washington,
DC, Dee J. Kelly, Jr., Marcus Gerardo
Mungioli, Kelly, Hart & Hallman, L.L.P.,
Fort Worth, TX, for Defendant–Appellee.

Mary Ellen E. Signorille, Senior Attor-
ney, American Association of Retired Per-
sons, Washington, DC, Sara Lynn John-
son, U.S. Department of Labor, Arlington,
VA, for Amicus Curiae.

Before JOLLY, GARZA, and OWEN,
Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

Randy Kopp, an employee of Idearc,
Inc., and a participant in the Idearc Man-
agement Plan ("the Plan"), brought this
Employee Retirement Security Act
("ERISA") action on behalf of all current
and former participants in the Plan for
whose individual accounts the Plan pur-
chased or held shares of the Idearc Stock
Fund from November 21, 2006 through
March 31, 2009. The district court dis-
missed Kopp's complaint under Rule
12(b)(6). *Fulmer v. Klein*, No. 3:09–CV–
2354–N, 2012 WL 7634148 (N.D.Tex. Mar.
15, 2012). In an earlier opinion, we af-
firmed. *Kopp v. Klein*, 722 F.3d 327 (5th
Cir.2013). The Supreme Court granted a
writ of certiorari, vacated our judgment,
and remanded the case "for further consid-
eration in light of *Fifth Third Bancorp v.
Dudenhoeffer*, 573 U.S. ——, 134 S.Ct.
2459, 189 L.Ed.2d 457 (2014)."

We VACATE the judgment of the
Northern District of Texas, and REMAND
for proceedings consistent with the Su-
preme Court's opinion.[1]

---

1. Plaintiff–Appellant's motion to remand and
Defendants–Appellees' cross-motion for sup-

plemental briefing are denied as moot.